Deborah Bailey-Wells (SBN 114630)
Jonathan M. Cohen (SBN 168207)
Judith S. H. Hom (SBN 203482)
Dylan B. Carp (SBN 196846)
KIRKPATRICK & LOCKHART, LLP
Four Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:  (415) 249-1000
Facsimile:   (415) 249-1001

Fabio E. Marino (SBN 183825)
Carolyn Chang (SBN 217933)
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Plaintiff
FOUNDRY NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>NORTEL NETWORKS, INC., a Delaware corporation, and NORTEL NETWORKS, LIMITED, a Canadian corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | No. CV 02-04909 CRB<br><br>PLAINTIFF FOUNDRY NETWORKS, INC.'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON ITS MOTION TO STRIKE NORTEL NETWORKS' REPLY CLAIM CONSTRUCTION BRIEF RE: '864 PATENT |

PA:52120782.1/2024310-2243100003

Case No. CV 02-04909 CRB

FOUNDRY NETWORK, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO STRIKE NORTEL'S REPLY CLAIM CONSTRUCTION BRIEF

10/24/03 2:24 PM

Plaintiff Foundry Networks, Inc. ("Foundry") hereby moves the Court pursuant to Civil Local Rules 6-3, 7-10, and the Court's standing order for an Order shortening time for hearing on Foundry's Motion to Strike Nortel's Reply Claim Construction Brief Re: '864 Patent. Foundry respectfully requests this Court to set Foundry's Motion to Strike for hearing on October 31, 2003, with Nortel to file an Opposition by Wednesday, October 29, 2003.

Foundry seeks this Order shortening time because the Claim Construction Tutorial and Hearing are currently scheduled for Tuesday, November 4th and Thursday, November 6th, respectively.  Foundry's Motion to Strike Nortel's Reply Claim Construction Brief addresses the issue of whether Nortel's Reply should be considered for the Tutorial and Claim Construction Hearing.  Without an Order shortening time, Foundry's Motion to Strike could not come on for hearing until November 28th, more than three weeks after the Claim Construction Hearing.  Therefore, it is imperative that the hearing on the Motion to Strike take place before the Tutorial and Hearing, or else the Motion to Strike will be rendered moot and Foundry prejudiced by consideration of Nortel's Reply Brief.

The Motion to Strike asks the Court to strike Nortel's Reply Claim Construction Brief Re: '864 Patent on the grounds that it was filed in violation of Patent Local Rule 4-5.  As the party alleging infringement of the '864 patent, Foundry should have been able to file the closing brief and rebut Nortel's claim construction arguments on the '864 patent.  If the Motion to Strike is not heard on October 31st, before consideration of Nortel's Reply in connection with the Claim Construction Hearing, Foundry will be prejudiced by consideration of an unauthorized brief that deprived Foundry of the right to rebut Nortel's arguments on the '864 patent.  Foundry is willing to forego a reply brief on the Motion to Strike and proposes a briefing schedule that provides Nortel an adequate opportunity to oppose the Motion.

Claim Construction briefing has already been completed.  Consideration of the Motion to Strike on shortened time will not affect any other dates currently set by the Court, and will, in fact, serve the purpose of preserving the November 4th and November 6th dates for the

Claim Construction Tutorial and Hearing.

Foundry contacted Nortel's local counsel to confer on a stipulated briefing schedule on the Motion to Strike. See Declaration of Carolyn Chang in Support of Plaintiff Foundry Networks, Inc.'s Ex Parte Application for an Order Shortening Time for Hearing on Its Motion to Strike Nortel Networks' Reply Claim Construction Brief Re: '864 Patent at ¶ 4. Local counsel was not authorized to agree to any stipulation. See id. Foundry subsequently contacted Nortel's lead counsel. See id. at ¶ 5; see also Declaration of Fabio Marino In Support of Plaintiff Foundry Networks, Inc.'s Ex Parte Application for an Order Shortening Time for Hearing on Its Motion to Strike Nortel Networks' Reply Claim Construction Brief Re: '864 Patent at ¶ 2. Nortel's counsel refused to agree to Foundry's proposed briefing schedule. See id.

For the foregoing reasons, Foundry moves for an Order shortening time to hear its Motion to Strike Nortel's Reply Claim Construction Brief at 10:00 a.m. on October 31, 2003.

/ / /

/ / /

/ / /

FOUNDRY NETWORK, INC.'S EX PARTE APPLICATION FOR ORDER SHORT ENING TIME FOR HEARING ON MOTION TO STRIKE NORTEL'S REPLY CLAIM CONSTRUCTION BRIEF

DATED:  October 24, 2003

BINGHAM MCCUTCHEN LLP


By:_____/s/ Carolyn Chang_____
    Carolyn Chang
    Attorneys for Plaintiff
    FOUNDRY NETWORKS, INC.

    Deborah Bailey-Wells (SBN 114630)
    Jonathan M. Cohen (SBN 168207)
    Judith S. H. Hom (SBN 203482)
    Dylan B. Carp (SBN 196846)
    KIRKPATRICK & LOCKHART, LLP
    Four Embarcadero Center, 10th Floor
    San Francisco, CA 94111
    Telephone:  (415) 249-1000
    Facsimile:   (415) 249-1001

    Fabio E. Marino (SBN 183825)
    Carolyn Chang (SBN 217933)
    BINGHAM McCUTCHEN LLP
    1900 University Avenue
    East Palo Alto, CA  94303-2223
    Telephone:  650.849.4400
    Facsimile:  650.849.4800

    ATTORNEYS FOR
    PLAINTIFF/COUNTERDEFENDANT
    FOUNDRY NETWORKS, INC.

    RUBY & SCHOFIELD
    Allen J. Ruby (SBN 47109)
    125 South Market St., Ste. 1001
    San Jose, CA 95113-2285
    Telephone:  (408) 998-8500
    Facsimile:   (408) 998-8503

    ATTORNEY FOR INDIVIDUALS, BOBBY
    JOHNSON, EARL FERGUSON, AND
    JEFFREY PRINCE

FOUNDRY NETWORK, INC.'S EX PARTE APPLICATION FOR ORDER SHORT ENING TIME FOR HEARING ON MOTION TO
STRIKE NORTEL'S REPLY CLAIM CONSTRUCTION BRIEF