**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOUNDRY NETWORKS, INC,

        Plaintiff(s),

   v.

NORTEL NETWORKS, INC,

        Defendant(s).

_____/

No. C02-4909 CRB (JCS)

**ORDER GRANTING IN PART, DENYING IN PART DEFENDANTS' MOTION TO COMPEL ADDITIONAL DAY OF DEPOSITION OF DR. WICKER [Docket No. 177]**

On July 30, 2004, Defendants' filed a  Motion to Compel An Additional Day of Deposition of Dr. Wicker, That An Attorney for the Defendants Be Allowed To Take the Second Day Even if That Attorney Didn't Take The First Day, and For Sanctions (the "Motion").

On August 10, 2004, a telephonic hearing on the Motion was held.  Deborah Bailey-Wells, and Fabio Mario, counsel for Plaintiff, appeared.  Richard Lehrer, and Bill Belanger, counsel for Defendant, appeared.

IT IS HEREBY ORDERED that the Motion is GRANTED to the extent that a second day of Dr. Wicker's deposition may be taken by another Nortel attorney.  The parties shall arrange for Dr. Wicker's deposition to be taken immediately.  The Motion is DENIED as to the request for sanctions.

IT IS SO ORDERED.

Dated: August 12, 2004

                      /s/ Joseph C. Spero_____
                      JOSEPH C. SPERO
                      United States Magistrate Judge