1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOUNDRY NETWORKS, INC,                    No. C02-4909 CRB (JCS)

        Plaintiff(s),                **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S JOINT REPORT REGARDING STRIKING SUPPLEMENTAL DISCOVERY [Docket No. 321]**

    v.

NORTEL NETWORKS, INC, ET AL.,

        Defendant(s).

_____/

      On September 9, 2004, Defendant's filed a Joint Report Regarding Striking Supplemental Discovery (the "Motion").

      IT IS HEREBY ORDERED that the Motion is DENIED without prejudice to raising the issue before the district judge.

      IT IS SO ORDERED.

Dated:  September 13, 2004

                          /s/ Joseph C. Spero_____
                          JOSEPH C. SPERO
                          United States Magistrate Judge