United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 FOUNDRY NETWORKS, INC,  No. C 02-04909 CRB
12     Plaintiff,  **ORDER RE: SEPTEMBER 24 ORAL ARGUMENT**
13 v.
14 NORTEL NETWORKS, INC, et al.,
15     Defendants.
16 _____/
17
      Now pending before the Court are nine motions for summary judgment, all scheduled
18 for oral argument on Friday, September 24, 2004. In order for oral argument to be useful, the
19 September 24 argument will be limited to the motions concerning the '864 and '397. The
20 Court will advise the parties if oral argument is required at some later date for the remaining
21 motions, including the third party defendants' motion.
22     **IT IS SO ORDERED.**
23
24 Dated: September 17, 2004                            /s/
                                                                    CHARLES R. BREYER
25                                                                       UNITED STATES DISTRICT JUDGE
26
27
28

G:\CRBALL\2002\4909\orderreoralargument1.wpd