KIRKPATRICK & LOCKHART, LLP
Deborah Bailey-Wells (SBN 114630)
Jonathan M. Cohen (SBN 168207)
Kevin C. Trock (SBN 161787)
Judith S. H. Hom (SBN 203482)
Dylan B. Carp (SBN 196846)
Four Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:  (415) 249-1000
Facsimile:  (415) 249-1001

BINGHAM MCCUTCHEN LLP
Fabio E. Marino (SBN 183825)
Susan Baker Manning (SBN 197350)
Patrick T. Weston (SBN 211448)
Saina S. Shamilov (SBN 215636)
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  (650) 849-4400
Facsimile:  (650) 849-4800

Attorneys for Plaintiff
Foundry Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>NORTEL NETWORKS, INC., a Delaware corporation, and NORTEL NETWORKS, LIMITED, a Canadian corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | No. C 02-04909 CRB (JCS)<br><br>**[PROPOSED] ORDER GRATING FOUNDRY'S ADMINISTRATIVE REQUEST FOR FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Hon. Charles R. Breyer<br><br>Action filed:  October 9, 2002<br>Trial date:     November 29, 2004 |

Case No. C 02-04909 CRB (JCS)

[PROPOSED] ORDER GRANTING FOUNDRY'S ADMINISTRATIVE REQUEST FOR FURTHER CASE
MANAGEMENT CONFERENCE

1
2      Good cause appearing therefor, Foundry's Administrative Request is GRANTED.
3      The Court will hold a further case management conference on _____,
4  2004 at ___ [a.m.] [p.m.].
5      **IT IS SO ORDERED.**
6
7  DATED: October ___, 2004
                                              _____
8                                                    Hon. Charles R. Breyer
                                                    United States District Court
                                                  Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING FOUNDRY'S ADMINISTRATIVE REQUEST FOR FURTHER CASE MANAGEMENT CONFERENCE

PA/52144058.1